Fill in this information to identify the case:

Debtor name **ARIZONA AIRCRAFT PAINTING, LLC**

United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**

Case number (if known) **2:19-bk-05477-DPC**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __May 15, 2019__          X _____
                                       Signature of individual signing on behalf of debtor

**STEVEN HEAD**
Printed name

**MEMBER**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name | ARIZONA AIRCRAFT PAINTING, LLC

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known): 2:19-bk-05477-DPC

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AMERICAN EXPRESS PO BOX 0001 Los Angeles, CA 90096 | | CREDIT CARD | | | | $1,964.74 |
| ARIZONA DEPARTMENT OF REVENUE 1600 WEST MONROE STREET | | TAXES | Disputed | | | Unknown |
| AVIALL PO BOX 842267 Dallas, TX 75284 | | VENDOR | | | | $4,238.58 |
| BRIAN HEAD 4911 E FALCON DR Mesa, AZ 85215 | | LOAN | | | | $4,339.88 |
| CENTURY LINK PO BOX 29040 Phoenix, AZ 85038 | | UTILITY | | | | $936.66 |
| DESERT FINANCIAL CREDIT UNION PO BOX 790408 Saint Louis, MO 63179 | | CREDIT CARD | | | | $17,178.06 |
| JENNINGS AND STRAUSS ONE EAST WASHINGTON STREET Phoenix, AZ 85004 | | LEGAL FEES | | | | $14,800.02 |
| NATIONAL FIRE CONTROL 55 WEST HOVER SUITE #10 Mesa, AZ 85211 | | | | | | $441.42 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example; trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ON DECK CAPITAL 101 W COLFAX AVE 10TH FLOOR Denver, CO 80202 | | LOAN | | | | $13,666.20 |
| ROBERT REID 4800 E FALCON DR Mesa, AZ 85215 | | LOAN | | | | $20,000.00 |
| STEVEN HEAD 4911 E FALCON DR Mesa, AZ 85215 | | LOAN | | | | $547,475.64 |
| T-MOBILE PO BOX 51843 Los Angeles, CA 90051 | | MOBILE PHONE SERVICE | | | | $270.34 |
| WELLS FARGO PO BOX 77033 Minneapolis, MN 55480 | | CREDIT CARD | | | | $999.88 |
| WELLS FARGO PO BOX 77033 Minneapolis, MN 55480 | | CREDIT CARD | | | | $933.12 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 2:19-bk-05477-DPC    Doc 22    Filed 05/15/19    Entered 05/15/19 13:45:23    Desc
Main Document     Page 3 of 25

Fill in this information to identify the case:

Debtor name   **ARIZONA AIRCRAFT PAINTING, LLC**

United States Bankruptcy Court for the:   **DISTRICT OF ARIZONA**

Case number (if known)   **2:19-bk-05477-DPC**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                      12/15

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................... $     1,300,000.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................... $     138,974.22

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................... $     1,438,974.22

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................... $     678,648.86

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................................ $     11,364.21

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$     627,244.54

4. **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b        $     1,317,257.61

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **DESERT FINANCIAL CREDIT UNION** | **CHECKING** | 5311 | $1,135.14 |
| 3.2. | **DESERT FINANCIAL CREDIT UNION** | **SAVINGS** | 6612 | $25.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$1,160.14**

**Part 2:**    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.

☐ Yes Fill in the information below.

**Part 3:**    Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.

☐ Yes Fill in the information below.

**Part 4:**    Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials<br>PAINT | 6/2018 | $32,000.00 | | $32,000.00 |

| 20. | Work in progress |
|---|---|

| 21. | Finished goods, including goods held for resale |
|---|---|

| 22. | Other inventory or supplies |
|---|---|

| 23. | Total of Part 5.<br>Add lines 19 through 22. Copy the total to line 84. | $32,000.00 |
|---|---|---|

**24.    Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 39. | Office furniture<br>OFFICE EQUIPMENT | | $0.00 | | $4,437.08 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and**
      **communication systems equipment and software**

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                              $4,437.08
      Add lines 39 through 42. Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. 1998 DODGE DURANGO | $1,377.00 | | $1,377.00 |
|---|---|---|---|

48.   **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm**
      **machinery and equipment)**

| MACHINERY AND EQUIPMENT | $242,718.13 | | $100,000.00 |
|---|---|---|---|

51.   **Total of Part 8.**                                                                             $101,377.00
      Add lines 47 through 50. Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

☐ No. Go to Part 10.

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **4911 E FALCON DR MESA, AZ 85215**<br><br>OFFICES, BUILDING, WORK AREA, PAINT BOOTH | | Unknown | | $1,300,000.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

                                               **$1,300,000.00**

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.

☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.

☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                       Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $1,160.14 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $32,000.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $4,437.08 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $101,377.00 | |
| 88. Real property. *Copy line 56, Part 9.* .....................................> | | $1,300,000.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column | $138,974.22  + 91b. | $1,300,000.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $1,438,974.22 |

Fill in this information to identify the case:

Debtor name **ARIZONA AIRCRAFT PAINTING, LLC**

United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**

Case number (if known) **2:19-bk-05477-DPC**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1 IRS**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**4911 E FALCON DR**<br>**MESA, AZ 85215** | **$16,648.86** | **$1,300,000.00** |

**PO BOX 7346**
**Philadelphia, PA 19101**
Creditor's mailing address

**OFFICES, BUILDING, WORK AREA, PAINT BOOTH**

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**UNKNOWN**

Last 4 digits of account number
**UNKNOWN**

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. WELLS FARGO**
**2. IRS**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2 WELLS FARGO**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**4911 E FALCON DR**<br>**MESA, AZ 85215** | **$662,000.00** | **$1,300,000.00** |

**PO BOX 2715**
**Winston Salem, NC 27102**
Creditor's mailing address

**OFFICES, BUILDING, WORK AREA, PAINT BOOTH**

Describe the lien
**First Mortgage**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**UNKNOWN**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Last 4 digits of account number
**UNKNOWN**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. **Specified on line 2.1** | ☐ Unliquidated |
| | ☐ Disputed |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$678,648.86**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Case 2:19-bk-05477-DPC    Doc 22    Filed 05/15/19    Entered 05/15/19 13:45:23    Desc
                          Main Document        Page 11 of 25

Fill in this information to identify the case:

Debtor name **ARIZONA AIRCRAFT PAINTING, LLC**

United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**

Case number (if known) **2:19-bk-05477-DPC**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and
Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**ARIZONA DEPARTMENT OF REVENUE**<br>**1600 WEST MONROE STREET** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$11,364.21** | **Unknown** |

Date or dates debt was incurred
**UNKNOWN**

Basis for the claim:
**TAXES**

Last 4 digits of account number **UNKNOWN**

Is the claim subject to offset?

■ No

☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

| **3.1** Nonpriority creditor's name and mailing address<br>**AMERICAN EXPRESS**<br>**PO BOX 0001**<br>**Los Angeles, CA 90096** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,964.74** |
|---|---|---|

Date(s) debt was incurred **UNKNOWN**

Last 4 digits of account number **1008**

Basis for the claim: **CREDIT CARD**

Is the claim subject to offset? ■ No ☐ Yes

| **3.2** Nonpriority creditor's name and mailing address<br>**AVIALL**<br>**PO BOX 842267**<br>**Dallas, TX 75284** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,238.58** |
|---|---|---|

Date(s) debt was incurred **UNKNOWN**

Last 4 digits of account number **UNKNOWN**

Basis for the claim: **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

Case 2:19-bk-05477-DPC    Doc 22    Filed 05/15/19    Entered 05/15/19 13:45:23    Desc
Main Document    Page 12 of 25

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,339.88 |
|-----|---|---|---|
| | **BRIAN HEAD**<br>**4911 E FALCON DR**<br>**Mesa, AZ 85215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **UNKNOWN**<br>Last 4 digits of account number **UNKNOWN** | Basis for the claim: **LOAN** | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $936.66 |
|-----|---|---|---|
| | **CENTURY LINK**<br>**PO BOX 29040**<br>**Phoenix, AZ 85038** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **UNKOWN**<br>Last 4 digits of account number **UNKNOWN** | Basis for the claim: **UTILITY** | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,178.06 |
|-----|---|---|---|
| | **DESERT FINANCIAL CREDIT UNION**<br>**PO BOX 790408**<br>**Saint Louis, MO 63179** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **UNKNOWN**<br>Last 4 digits of account number **5039** | Basis for the claim: **CREDIT CARD** | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,800.02 |
|-----|---|---|---|
| | **JENNINGS AND STRAUSS**<br>**ONE EAST WASHINGTON STREET**<br>**Phoenix, AZ 85004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **UNKNOWN**<br>Last 4 digits of account number **UNKNOWN** | Basis for the claim: **LEGAL FEES** | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $441.42 |
|-----|---|---|---|
| | **NATIONAL FIRE CONTROL**<br>**55 WEST HOVER**<br>**SUITE #10**<br>**Mesa, AZ 85211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **UNKNOWN**<br>Last 4 digits of account number **UNKNOWN** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,666.20 |
|-----|---|---|---|
| | **ON DECK CAPITAL**<br>**101 W COLFAX AVE**<br>**10TH FLOOR**<br>**Denver, CO 80202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **UNKNOWN**<br>Last 4 digits of account number **UNKNOWN** | Basis for the claim: **LOAN** | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|-----|---|---|---|
| | **ROBERT REID**<br>**4800 E FALCON DR**<br>**Mesa, AZ 85215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **UNKNOWN**<br>Last 4 digits of account number **UNKNOWN** | Basis for the claim: **LOAN** | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $547,475.64 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|
| | **STEVEN HEAD**<br>**4911 E FALCON DR**<br>**Mesa, AZ 85215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **UNKNOWN** | Basis for the claim: **LOAN** | |
| | Last 4 digits of account number **UNKNOWN** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.34 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|
| | **T-MOBILE**<br>**PO BOX 51843**<br>**Los Angeles, CA 90051** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **UNKNOWN** | Basis for the claim: **MOBILE PHONE SERVICE** | |
| | Last 4 digits of account number **UNKNOWN** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $933.12 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|
| | **WELLS FARGO**<br>**PO BOX 77033**<br>**Minneapolis, MN 55480** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **UNKNOWN** | Basis for the claim: **CREDIT CARD** | |
| | Last 4 digits of account number **4503** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $999.88 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|
| | **WELLS FARGO**<br>**PO BOX 77033**<br>**Minneapolis, MN 55480** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **UNKNOWN** | Basis for the claim: **CREDIT CARD** | |
| | Last 4 digits of account number **4495** | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|--------------------------------------------------------------------------|------------------------------------------|

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 11,364.21 |
| 5b. Total claims from Part 2 | 5b. + | $ | 627,244.54 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 638,608.75 |

Case 2:19-bk-05477-DPC    Doc 22    Filed 05/15/19    Entered 05/15/19 13:45:23    Desc
Main Document     Page 14 of 25

Debtor name   **ARIZONA AIRCRAFT PAINTING, LLC**

United States Bankruptcy Court for the:   **DISTRICT OF ARIZONA**

Case number (if known)   **2:19-bk-05477-DPC**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **COMMERCIAL LAND LEASE** | |
|---|---|---|---|
| | State the term remaining | **29.5 YEARS** | **FALCON FIELD AIRPORT- THE CITY OF MESA** |
| | List the contract number of any government contract | | **4800 FALCON DR** |
| | | | **Mesa, AZ 85215** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 2:19-bk-05477-DPC    Doc 22    Filed 05/15/19    Entered 05/15/19 13:45:23    Desc
Main Document      Page 15 of 25

Debtor name    **ARIZONA AIRCRAFT PAINTING, LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)    **2:19-bk-05477-DPC**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|

|  | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | | | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.2 | | | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.3 | | | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.4 | | | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |

Case 2:19-bk-05477-DPC    Doc 22    Filed 05/15/19    Entered 05/15/19 13:45:23    Desc
Main Document    Page 16 of 25

**Fill in this information to identify the case:**

Debtor name    **ARIZONA AIRCRAFT PAINTING, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)   **2:19-bk-05477-DPC**

☐ Check if this is an amended filing

## Official Form 207
### Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$126,600.81** |
| **For prior year:** From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$495,620.00** |
| **For year before that:** From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$441,914.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 2:19-bk-05477-DPC    Doc 22    Filed 05/15/19    Entered 05/15/19 13:45:23    Desc
Main Document     Page 17 of 25

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:  Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:  Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:  Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

Case 2:19-bk-05477-DPC    Doc 22    Filed 05/15/19    Entered 05/15/19 13:45:23    Desc
Main Document    Page 18 of 25

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets — Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  Ellett Law Offices, P.C.<br>2999 North 44th Street<br>Suite 330<br>Phoenix, AZ 85008 | **Attorney Fees** | **5/2/19** | **$20,000.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1.  YURI DOWNING<br>10645 N TATUM BLVD<br>C- 200-400<br>Mesa, AZ 85208 | **2012 DODGE RAM 2500** | **5/2/19** | **$7,774.17** |
| **Relationship to debtor**<br>**NONE** | | | |

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

**Address**                                                    **Dates of occupancy**
                                                               **From-To**

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

---

Case 2:19-bk-05477-DPC    Doc 22    Filed 05/15/19    Entered 05/15/19 13:45:23    Desc
                         Main Document        Page 20 of 25

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **BRIAN HEAD**<br>4911 E FALCON DR<br>Mesa, AZ 85215 | **2008-2019** |
| 26a.2. **NAMA JABER OMAIS, CPA, LLC**<br>14301 N 87TH ST<br>Scottsdale, AZ 85260 | **2017, 2018, 2019** |
| 26a.3. **LESLIE GRANT**<br>9345 E. Contessa Circle<br>Mesa, AZ 85207 | **4/2014-8/2017** |
| 26a.4. **SHARON BURNS**<br>21454 E Camacho road<br>Queen Creek, AZ 85142 | **2/2014-4/2014** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **NAMA JABER OMAIS, CPA, LLC**<br>14301 N 87TH ST<br>Scottsdale, AZ 85260 | **2017, 2018** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **NAMA JABER OMAIS, CPA, LLC**<br>14301 N 87TH ST<br>Scottsdale, AZ 85260 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐  No

■  Yes. Give the details about the two most recent inventories.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

|  | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1 | **BRIAN HEAD** | **6/2018** | **32,842 PAINT MATERIALS ON HAND** |

| Name and address of the person who has possession of inventory records |
|---|
| **ARIZONA AIRCRAFT PAINTING, LLC**<br>**4911 E FALCON DR**<br>**Mesa, AZ 85215** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **STEVEN HEAD** | **4911 E FALCON DR**<br>**Mesa, AZ 85215** | **PRINCIPAL/OWNER** | **90%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **BRIAN HEAD** | **4911 E FALCON DR**<br>**Mesa, AZ 85215** | **MEMBER/MANAGER** | **9%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **MARILYN HEAD** | **4911 E FALCON DR**<br>**Mesa, AZ 85215** | **MEMBER** | **1%** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

Case 2:19-bk-05477-DPC    Doc 22    Filed 05/15/19    Entered 05/15/19 13:45:23    Desc
Main Document       Page 23 of 25

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

## Part 14:  Signature and Declaration

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 15, 2019**

_____        **STEVEN HEAD**_____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **MEMBER**_____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

# United States Bankruptcy Court
## District of Arizona

In re **ARIZONA AIRCRAFT PAINTING, LLC**
Debtor(s)

Case No. **2:19-bk-05477-DPC**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **BRIAN HEAD**<br>**4911 E FALCON DR**<br>**Mesa, AZ 85215** | **MEMBER** | | **MEMBER** |
| **MARILYN HEAD**<br>**4911 E FALCON DR**<br>**Mesa, AZ 85215** | **MEMBER** | | **MEMBER** |
| **STEVEN HEAD**<br>**4911 E FALCON DR**<br>**Mesa, AZ 85215** | **MEMBER** | | **MEMBER** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **MEMBER** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **May 15, 2019**

Signature _STEVEN HEAD_

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.