MARTIN J. MCCUE, (# 018849)
PATRICK F. KEERY, (# 030971)

**KEERY MCCUE, PLLC**
6803 EAST MAIN STREET, SUITE 1116
SCOTTSDALE, AZ 85251
TEL. (480) 478-0709
FAX (480) 478-0787
MJM@KEERYMCCUE.COM
PFK@KEERYMCCUE.COM
*ATTORNEYS FOR DEBTOR*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>**ARIZONA AIRCRAFT PAINTING, LLC**<br><br>Debtor. | Chapter 11<br><br>Case No. 2:19-bk-05477-DPC<br><br>**MOTION FOR ENTRY OF AN ORDER AND FINAL DECREE CLOSING CASE** |

Reorganized Debtor, Arizona Aircraft Painting, LLC ("**AAP**"), by and through undersigned counsel, hereby moves the Court for the entry of an order and final decree closing the above-captioned bankruptcy proceeding ("**Bankruptcy Proceeding**"). A final decree is appropriate because Debtor has substantially consummated the *First Amended Plan of Reorganization Dated December 7, 2021* [Dkt. No. 186] ("**Plan**") as supplemented by the *First Supplement to Disclosure Statement and First Amended Plan of Reorganization* ("**Supplement**")[Dkt. No. 212] and modified by the *Motion to Approve Non-Adverse Modification to Confirmed Plan of Reorganization* ("**Modification**")[Dkt.

-1-

No. 255]. On March 23, 2022, the Court entered the Order confirming the Plan as supplemented by the Supplement [Dkt. No. 231 and 231-1] ("**Confirmation Order**"). On or about November 11, 2023, the Court entered an Order approving the Modification and thereby integrated the terms of the Modification into the Confirmation Order [Dkt. No. 268].

Since then, Debtor has made all of the initial payments required under the Plan, and Debtor is current on all payments to the Office of the United States Trustee. There are no adversary proceedings or contested matters pending in the Case, and Debtor is current on all bankruptcy reports and will have all remaining reports filed and fees paid to the Office of the United States Trustee before lodging an order to close this case. The following Memorandum of Points and Authorities supports this request.

## **MEMORANDUM OF POINTS AND AUTHORITIES**

**I.   FACTUAL BACKGROUND**

1. On or about May 3, 2019 (the "**Petition Date**"), AAP filed a voluntary petition under Chapter 11 of the Bankruptcy Code commencing the instant Bankruptcy Proceeding.

2. On or about March 23, 2022, the Court confirmed the Plan of Reorganization which was proposed by the Debtor (as supplemented) [Dkt Nos. 231 and 231-1]. The Confirmed Plan provides for full payment to all creditors (*see* Confirmation Order at **Exhibit E**).

3. On or about October 7, 2022, AAP filed the Modification [Dkt. No. 255]. On November 11, 2023, the Court entered an Order approving the Modification [Dkt. No. 268]

4. AAP has been marketing its real property located at 4911 East Falcon Drive, Mesa, Arizona ("**Falcon Field Property**"), and the Falcon Field Property is currently under contract for $1,350,000 ("**Gross Sale Proceeds**"). AAP anticipates that the sale of the Falcon Field Property will be consummated within the next twenty-one (21) days.

5. The Gross Sale Proceeds will be sufficient to pay all secured, administrative, priority and outstanding general unsecured claimants in full.

6. AAP will pay secured claim of Wells Fargo, the secured claim of the Internal Revenue Service and the administrative claimants directly from the escrow for the closing of the Falcon Field Property.

7. In accordance with the Supplement, AAP will make the remaining payments required under the Plan (as supplemented and modified) within seven (7) days of receipt of the Gross Sale Proceeds (less the payments to secured and administrative claimants)("**Net Sale Proceeds**").

## II. LEGAL ARGUMENT

"Substantial consummation" is defined in 11 U.S.C. § 1101(2) as follows:

> (A) transfer of all or substantially all of the property proposed by the plan to be transferred;
> (B) assumption by the debtor or by the successor to the debtor under the plan of the business or of the management of all or substantially all of the property dealt with by the plan; and
> (C) commencement of distribution under the plan. 11 U.S.C. § 1102(2).

At this point in time, Debtor has complied with the provisions of Section 1102 and will be funding the Plan in full in short order. As such, the Plan is substantially consummated.

### III. CONCLUSION

**WHEREFORE**, AAP respectfully requests the entry of an order granting Debtor a final decree and closing this Bankruptcy Proceeding; and for whatever further and other relief the Court deems appropriate.

**DATED** this 17th day of April, 2023.

**KEERY McCUE, PLLC**

By: /s/ *Patrick F. Keery* (#030971)
Patrick F. Keery, Esq.
*Attorneys for Reorganized Debtor*

**E-FILED** this 17th day of April, 2022 with the U.S. Bankruptcy Court and copies served via ECF notice on the following parties that have appeared in the case.

Jennifer A. Giaimo, Esq.
Office of U.S. Trustee
230 North First Ave., Suite 204
Phoenix, AZ 85003-1706
ustpregion14.px.ecf@usdoj.gov
jennifer.a.giaimo@usdoj.gov
*Trial Attorney*

Benjamin W. Reeves, Esq.
Snell & Wilmer, LLP
400 East Van Buren, Suite 1900
Phoenix, AZ 85004
breeves@swlaw.com
*Attorneys for City of Mesa*

Wade Burgeson, Esq.
Engelman Berger, P.C.
2800 North Central Ave., Suite 1200
Phoenix, AZ 85004
wmb@eblawyers.com
*Attorneys for Wells Fargo Bank, N.A.*

Gil Hopenstand, Esq.
District Counsel
Office of General Counsel
U.S. Small Business Administration
gil.hopenstand@sba.gov

By: */s/ Mollie Thompson*