# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>**ARIZONA AIRCRAFT PAINTING, LLC**<br><br>Debtor. | Chapter 11<br><br>Case No. 2:19-bk-05477-DPC<br><br>**ORDER GRANTING MOTION FOR ENTRY AN ORDER AND FINAL DECREE CLOSING CASE** |

Upon consideration of the *Motion for Entry of an Order and Final Decree Closing Case* [Dkt. No. 272] ("**Motion**") filed by Arizona Aircraft Painting, LLC ("**Debtor**"), proper notice of the Motion having been given to all parties on the Debtor's Master Mailing List, it appearing the Debtor is performing its duties under the confirmed Plan of Reorganization, it further appearing that the Debtor's case has been fully administered, and other good cause appearing,

**IT IS HEREBY ORDERED**:

1. The Motion is granted and the Court hereby enters its final decree closing the Case.
2. This Court retains jurisdiction in the Case.

**DATED AND SIGNED ABOVE**

-1-
ORDER GRANTING MOTION FOR ENTRY OF FINAL DECREE CLOSING CASE